Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |
| UNITED STATED DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK | |
| RAMIRO RAMIREZ,<br><br>                                Plaintiff,<br><br>-against-<br><br>80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC.,<br><br>                                Defendants. | Case No.:<br>08-CV-2694<br><br><br><br>**NOTICE OF APPEARANCE** |

TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD

**PLEASE TAKE NOTICE**, that defendant, HUDSON TOWERS HOUSING CO., INC. hereby appears in the above-entitled action.  The undersigned have been retained as attorneys for

said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
April 28, 2008

                                        Yours etc.,

                                        **HARRIS BEACH PLLC**

                                        _____/s/_____
                                        Brian A. Bender, Esq. (BAB-0218)
                                        HARRIS BEACH PLLC
                                        *Attorney for Defendant*
                                        ***HUDSON TOWERS HOUSING CO., INC.***
                                        100 Wall Street, 23rd Floor
                                        New York, New York 10005
                                        (212) 687-0100

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 28, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Hudson Tower Housing Co.'s Notice of Appearance

Dated: New York, New York
April 28, 2008

_____/s/_____
Brian A. Bender

276364.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMIRO RAMIREZ, | Case No.: 08-CV-2694 |
| Plaintiff, | |
| -against- | |
| 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., | |
| Defendants. | |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***HUDSON TOWERS HOUSING CO., INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100