Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMIRO RAMIREZ,<br><br>                                    Plaintiff,<br><br>-against-<br><br>80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC.,<br><br>                                    Defendants. | Case No.:<br>08-CV-2694 (AKH)<br><br><br><br>**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.** |

**PLEASE TAKE NOTICE THAT** defendant, HUDSON TOWERS HOUSING CO., INC., as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Verified Master Answer dated July 30, 2007, which was filed in the matter of In Re: World Trade Center Lower Manhattan Disaster Site Litigation, 21 MC 102 (AKH). HUDSON TOWERS HOUSING CO., INC. has filed a Master Disclosure of Interested Parties in 21 MC

102 (AKH), and as such, is exempt from having to file such a disclosure in this specific matter, pursuant to the provisions of Case Management Order No. 4 (¶ J(2)).

**WHEREFORE**, HUDSON TOWERS HOUSING CO., INC. demands judgment dismissing the above-captioned action as against it, together with its costs and disbursements.

Dated: New York, New York
April 28, 2008

                                                Yours, etc.,

                                                **HARRIS BEACH PLLC**

                                                _____/s/_____
                                                Brian A. Bender, Esq. (BAB-0218)
                                                *Attorneys for Defendant*
                                                ***HUDSON TOWERS HOUSING CO., INC.***
                                                100 Wall Street
                                                New York, New York 10005
                                                (212) 687-0100

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMIRO RAMIREZ, <br><br> Plaintiff, <br><br> -against- <br><br> 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., <br><br> Defendants. | Case No.: 08-CV-2694 (AKH) <br><br> **CERTIFICATE OF SERVICE** |

The undersigned certifies that on April 28, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Notice of Adoption of Answer to Master Complaint of Hudson Towers Housing Co., Inc.

Dated: New York, New York
April 28, 2008

/s/
Brian A. Bender

276365.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAMIRO RAMIREZ, <br><br> Plaintiff, <br><br> -against- <br><br> 80 LAFAYETTE ASSOCIATES, LLC, B.R. FRIES & ASSOCIATES, INC., BATTERY PARK CITY AUTHORITY, BLUE MILLENNIUM REALTY LLC, CENTURY 21, INC., EMPIRE STATE PROPERTIES, INC., GRUBB & ELLIS MANAGEMENT SERVICES, HILLMAN ENVIRONMENTAL GROUP, LLC, HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., MAYORE ESTATES LLC, MAYORE ESTATES LLC AND 80 LAFAYETTE ASSOCIATION LLC AS TENANTS IN COMMON, RECTOR OF TRINITY CHURCH, AND STONER AND COMPANY, INC., <br><br> Defendants. | Case No.: <br> 08-CV-2694 (AKH) |

**NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT OF HUDSON TOWERS HOUSING CO., INC.**

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*HUDSON TOWERS HOUSING CO., INC.*
100 Wall Street
New York, New York 10005
(212) 687-0100