John M. Flannery (JMF-0229)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000

Attorneys for Defendant BATTERY PARK CITY AUTHORITY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------- x 21 MC 102(AKH)

IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION

---------------------------------------------------------------------- x Civil Action No.: 08CV02694

ROMIRO RAMIREZ,

Plaintiffs,

-against-

BATTERY PARK CITY AUTHORITY, ET AL.,

Defendants.

---------------------------------------------------------------------- x

**NOTICE OF BATTERY PARK CITY AUTHORITY's ADOPTION OF ANSWER TO MASTER COMPLAINT**

PLEASE TAKE NOTICE THAT defendant, BATTERY PARK CITY AUTHORITY, as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt BATTERY PARK CITY AUTHORITY's Answer to the Master Complaint dated August 1, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, BATTERY PARK CITY AUTHORITY demands judgment dismissing the above-captioned action as against each of them, together with their costs and disbursements.

Dated: White Plains, New York
July 15, 2008

Yours, etc.,

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP
Attorneys for Defendants
BATTERY PARK CITY AUTHORITY
3 Gannett Drive
White Plains, New York 10604
(914) 323-7000
File No.: 06867.00466

By: ______________________
John M. Flannery (JMF-0229)